1

2

3

4

5

6

7

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAY 29 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

9

10

11 UNITED STATES OF AMERICA,       )   Case No.: SA 08-247 M

12                     Plaintiff,  )   ORDER OF DETENTION AFTER
                                   )   HEARING
13         vs.                     )   [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C.
                                   )     § 3143(a)]
14  Delaney, Paul Daniel           )

15                     Defendant.  )

16

17         The defendant having been arrested in this District pursuant to a warrant issued

18 by the United States District Court for the ___So. Calif___,

19 for alleged violation(s) of the terms and conditions of his/her [probation] [supervised

20 release]; and

21         The Court having conducted a detention hearing pursuant to Federal Rule of

22 Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

23         The Court finds that:

24 A.   [X] The defendant has not met his/her burden of establishing by clear and

25      convincing evidence that he/she is not likely to flee if released under 18 U.S.C. §

26      3142(b) or (c).  This finding is based on ___backgrd cmty ties___

27 ___unknown; bail resources unknown; apparent___

28 ___ongoing substance abuse problem; history___

1   of noncompliance w/supervision conditions
2   and court orders

3   and/or

4   B.   (X) The defendant has not met his/her burden of establishing by clear and
5   convincing evidence that he/she is not likely to pose a danger to the safety of any
6   other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
7   finding is based on _____ Criminal history record;
8   _____ Substance abuse history
9   _____
10  _____
11  _____
12

13       IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.

15

16  DATED:    5/29/08

17                    ROBERT N. BLOCK
                      UNITED STATES MAGISTRATE JUDGE

18
19
20
21
22
23
24
25
26
27
28